# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**COURTNEY O. HUNT**                                                                          **PLAINTIFF**

**V.**                                                      **NO. 1:08CV286-SA-DAS**

**PAUL BARNES**                                                                **DEFENDANT**

## ORDER

The court, having granted the plaintiff's request for leave to proceed in this action filed pursuant to 42 U.S.C. § 405(g) without prepayment of costs or giving security therefor and having conducted a hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985) on November 2, 2009,

**IT IS ORDERED:**

1. That the complaint is hereby deemed amended to substitute Michael J. Astrue, the Commissioner of Social Security, as the defendant in the place of Paul Barnes.

2. That the clerk shall forthwith issue process for said defendant and provide the same to the United States Marshal along with a copy of this order.

3. That the United States Marshal shall serve the process pursuant to 28 U.S.C. §1915.

4. That the plaintiff shall keep the court informed of his current address for notice of orders and information regarding this case or risk dismissal for failure to prosecute pursuant to FED.R.CIV.P. 41(b).

**THIS,** the 6th day of November, 2009.

                                                                    **/s/ David A. Sanders**
                                                                    **U. S. MAGISTRATE JUDGE**