**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**COURTNEY O. HUNT**                                                                   **PLAINTIFF**

**V.**                                                                                        **NO. 1:08CV286-SA-DAS**

**PAUL BARNES**                                                                      **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 24, 2010, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated March 24, 2010, is hereby approved and adopted as the opinion of the court.

2. That the defendant's motion to dismiss is hereby granted, and this case is dismissed for lack of subject matter jurisdiction.

**THIS**, the 22nd day of April, 2010.

                                                                   **/s/ Sharion Aycock**
                                                                   **UNITED STATES DISTRICT JUDGE**